JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LUMIN AUTOGLASS LLC, a Texas limited liability company; and KIRK GIBSON RUMMEL III, an individual,<br><br>Defendants. | Case No. 8:24-cv-00314-JWH-DFM<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Plaintiff's Motion for Default Judgment [ECF No. 14]" entered substantially contemporaneously herewith,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a).

2. Defendant Kirk Gibson Rummel, III was **DISMISSED without prejudice** on or about July 23, 2024.

3. Plaintiff Balboa Capital Corporation shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Defendant Lumin Autoglass LLC in the amount of $127,824.46 (consisting of the principal amount of $109,641.14; prejudgment interest of $11,771.14; litigation costs of $603.00; and attorneys' fees of $5,809.18).

4. Other than potential post-judgment remedies, to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 7, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE